**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Mark Felipe Vilar
Vilar & Elliott
P. O. Box 12730
Alexandria LA 71315-2730

**REHEARING ACTION: May 12, 2010**

**Docket Number: 09   01227-CA**

**STEPHAN JONES**
**VERSUS**
**CITY OF PINEVILLE**

**Appealed from Rapides Parish Case No. 220,225**

**BEFORE JUDGES:**

　　**Hon. John D. Saunders**
　　**Hon. Oswald A. Decuir**
　　**Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **City of Pineville** has this day been

　　**DENIED.**

cc: Daniel Elmo Broussard, Jr., Counsel for the Appellant